UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRICE WILKERSON, et al.,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br>INSURMEDIX INC., et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C25-1789-KKE<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT |

Plaintiff filed a motion for entry of default and default judgment against Defendant InsurMedix Inc. Dkt. No. 15. The clerk subsequently entered an order of default (Dkt. No. 16), but the motion for default judgment remains unresolved.

Plaintiff's claims against Defendant Prime Holdings Insurance Services Inc. will be tried in November 2026. Dkt. No. 17. Plaintiff's claims against InsurMedix pertain to alleged conduct "carried out in concert with the other Insurance Defendants" (Dkt. No. 15 at 3). To enter judgment as to those claims at this time could lead to inconsistent judgments between the defaulting and non-defaulting Defendants. *See, e.g.*, *Essex Ins. Co. v. W.G.S., LLC*, No. CV 08-1402-PHX-JAT, 2009 WL 10674192, at *1 (D. Ariz. Mar. 23, 2009) ("If entering a final default judgment as to some, but not all, of the parties to a suit might lead to logically inconsistent adjudications, the better practice is to wait until either all defendants have defaulted or there has been a complete adjudication of the case."). To avoid that result, the Court declines to enter judgment against

ORDER DENYING MOTION FOR DEFAULT JUDGMENT - 1

InsurMedix until after the other claims in the action are resolved and therefore DENIES Plaintiff's motion (Dkt. No. 15) without prejudice to refiling.

Dated this 14th day of January, 2026.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR DEFAULT JUDGMENT - 2