UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRICE WILKERSON, et al., | CASE NO. C25-1789-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO AMEND JOINT STATUS REPORT |
| v. | |
| INSURMEDIX INC., et al., | |
| Defendant(s). | |

The parties filed a stipulated motion to amend their earlier joint status report (Dkt. No. 14) to clarify the timing of the service of initial disclosures.  Dkt. No. 20.  The Court GRANTS the motion and considers the joint status report to be amended in a manner consistent with the parties' stipulation.

Dated this 30th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND JOINT STATUS REPORT - 1