UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRICE WILKERSON, et al., | CASE NO. C25-1789-KKE |
| Plaintiff(s), | ORDER GRANTING MOTIONS TO VACATE ENTRY OF DEFAULT |
| v. | |
| INSURMEDIX INC., et al., | |
| Defendant(s). | |

Defendants Guardwize Insurance Agency Inc. and InsurMedix Inc. filed motions to vacate the clerk's entry of default against them, and Plaintiffs do not oppose the motions.  Dkt. Nos. 25, 26, 27, 28.  Plaintiffs do, however, in their response briefs request leave to file an amended complaint.  Dkt. Nos. 27, 28.  Defendants' reply briefs argue that Plaintiffs must file a separate motion for leave to amend the complaint to do anything other than correct a misnomer in the caption, rather than include this request in an opposition brief.  Dkt. Nos. 30, 31.

The Court ORDERS as follows:

(1) The unopposed motions to vacate (Dkt. Nos. 25, 26) are GRANTED.  The earlier orders entering default (Dkt. Nos. 16, 21) are VACATED.

ORDER GRANTING MOTIONS TO VACATE ENTRY OF DEFAULT - 1

(2) To the extent Plaintiffs seek leave to amend their complaint, they must file a motion that complies with Local Rules W.D. Wash. LCR 15.

Dated this 3rd day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTIONS TO VACATE ENTRY OF DEFAULT - 2