UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRICE WILKERSON, an individual; and MARCELA TASLIM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MENARDS MOVING & STORAGE LLC, a Florida limited liability company; INSURMEDIX INC., a Delaware Corporation; PRIME HOLDINGS INSURANCE SERVICES, INC. dba PRIME INSURANCE COMPANY, an Illinois corporation; GUARDWIZE INSURANCE AGENCY INC., a Florida corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01789-KKE<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

The Court, having considered the stipulated motion (Dkt. No. 33), hereby ORDERS as follows:

1. The Stipulated Motion for Withdrawal and Substitution of Counsel (Dkt. No. 33) is GRANTED.

2. Yi Tian Fang and James J. Astuno Jr. of Astuno & Associates, APC are hereby withdrawn as counsel of record for Plaintiffs Brice Wilkerson and Marcela Taslim, effective upon entry of this ORDER.

3. It is further ordered that Paul A. Barrera and Brice A. Wilkerson, of North City Law, PC are substituted as counsel of record for Plaintiffs Brice Wilkerson and Marcela Taslim.

ORDER GRANTING
STIPULATED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

1

4.  All future notices and service in this matter shall be directed to Paul A. Barrera, of North City Law, PC at paul@northcitylaw.com, whose mailing address is 17713 Fifteenth Avenue NE, Suite 101 Shoreline, WA 98155; with a copy cc'd to Brice A. Wilkerson of North City Law, PC, at brice@northcitylaw.com.

DATED THIS: April 13, 2026.


_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING
STIPULATED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL