UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRICE WILKERSON, et al.,<br><br>Plaintiff(s),<br>v.<br><br>INSURMEDIX INC., et al.,<br><br>Defendant(s). | CASE NO. C25-1789-KKE<br><br>ORDER VACATING TRIAL DATE |

Plaintiffs previously notified the Court and Defendants that they voluntarily dismissed their claims without prejudice. Dkt. No. 37. The Court ordered that it would permit Plaintiffs to voluntarily dismiss their claims without prejudice, conditioned on their reimbursing Defendants for their reasonable fees and costs that will not be useful in future litigation. Dkt. No. 39. The Court instructed that if Plaintiffs did not accept this condition, then they should withdraw their voluntary dismissal no later than October 26, 2026. *Id*.

No such withdrawal was received. As a result, the Court ORDERS Defendants to file a fee petition no later than November 20, 2026. Plaintiffs may respond no later than December 4, 2026. Defendants may reply no later than December 11, 2026.

The Court also VACATES the trial date and unexpired pretrial deadlines (Dkt. No. 17), and TERMINATES the pending motion for summary judgment (Dkt. No. 35).

Dated this 27th day of October, 2026.

Kymberly K. Evanson
United States District Judge